UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOANN CREIG,

              Plaintiff,

   -against-

TARGET CORPORATION,

              Defendant.

25-CV-6090 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **August 7, 2025 at 10:00 AM**. The parties should be prepared to discuss the status of the case. Counsel for Plaintiff and for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 975 759 14 #**.

DATED: August 1, 2025
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge