UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN CREIG,

                    Plaintiff,

      -against-

TARGET CORPORATION,

                 Defendant.

25-CV-6090 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall file their proposed case management order, available at

https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, by **September 5, 2025**. As discussed at the

status conference today, the proposed order should provide for monthly joint letters updating

the Court on the status of discovery and any settlement talks; should propose a timeframe for

mediation or a settlement conference; and have all discovery (fact and expert) complete by

**March 5, 2025**. In the event that the parties disagree about the dates or other terms of the

proposed scheduling order, they shall file on the docket a joint letter briefly explaining the

dispute(s) and competing proposal(s) by **September 5, 2025**.

The parties are directed to consult my Individual Rules of Practice, available at

https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

Rule 26(f) Conference. The parties are directed to confer no later than **August 15, 2025**

to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties

shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the

parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f)

conference the subjects set forth in Rules 16(b) and 16(c) of the Federal Rules of Civil

Procedure. A list of the Rule 26(f) discussion topics is available at

https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.


DATED: August 7, 2025                                    SO ORDERED.
        New York, NY

                                                         _____
                                                         **ROBYN F. TARNOFSKY**
                                                         United States Magistrate Judge