UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANN CREIG,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br>TARGET CORPORATION,<br><br>　　　　　　　Defendant. | 25-CV-06090 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A settlement conference is scheduled for **Friday, January 9, 2026 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

　　If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov **August 29, 2025**, to propose three alternative dates and times for the settlement conference during the week of January 5, 2026.

　　The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **January 5, 2026**, **at 5:00 p.m**.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference.

　　If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:　August 14, 2025　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBYN F. TARNOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge