UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN CREIG,

                Plaintiff,

    -against-

TARGET CORPORATION,

             Defendant.

25-CV-6090 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Case Management Plan in this action required the parties to file a joint letter regarding the status of discovery on a monthly basis at the end of each month; a joint letter was therefore due on November 26, 2025. (*See* ECF 12 ¶ 7.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **December 2, 2025.**

DATED:  December 1, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge