UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANN CREIG,<br><br>     Plaintiff,<br><br> -against-<br><br>TARGET CORPORATION,<br><br>     Defendant. | |

25-CV-06090 (DEH)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for January 8, 2026**.** At the parties' request, it is now rescheduled to **Tuesday, February 10, 2026 at 2:00 p.m,** in Courtroom 9B at 500 Pearl Street, New York, NY.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **February 3, 2026, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: December 3, 2025
   New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge